

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

|  |  |  |
|---|---|---|
| TERRANCE T. GLENN, | § | No. 08-14-00092-CV |
| | § | |
| Appellant, | § | Appeal from |
| | § | |
| v. | § | 325th District Court |
| | § | |
| MONICA GLENN, | § | of Tarrant County, Texas |
| | § | |
| Appellee. | § | (TC # 325-481291-10) |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is Appellant's motion to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(1) because he no longer wishes to pursue the appeal. Appellant requests that costs be taxed against the party incurring same. Appellee does not oppose the motion. We grant the motion and dismiss the appeal.


August 13, 2014

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.